THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY E. KIRSCH, JR.**                                                                                    **PLAINTIFF**

v.                                     Case No. 4:20-cv-00387-KGB

**METOYER and DOES**                                                                              **DEFENDANTS**

## ORDER

Before the Court is the status of this case. In an Order entered on January 25, 2021, the Court ordered plaintiff Jerry E. Kirsch, Jr. to show cause within 30 days of the date of the Order why the Court should not dismiss his claims for failure to state a claim on which relief may be granted (Dkt. No. 6). Mr. Kirsch has not responded to the Order, and the time for doing so has passed. Accordingly, for the reasons set forth in the Order to show cause, the Court dismisses without prejudice Mr. Kirsch's claims (Dkt. No. 1). His request for relief is denied.

So ordered this the 6th day of April, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Court Judge