THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY E. KIRSCH, JR.**                                                                               **PLAINTIFF**

**v.**                           **Case No. 4:20-cv-00387-KGB**

**METOYER and DOES**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Court's Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this the 6th day of April, 2021.

                                                                     _____
                                                                       Kristine G. Baker
                                                                       United States District Judge